NUMBER 13-08-00289-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

SIM HENRY, Appellant,


v.



GREEN WILLIE'S LANDSCAPE, INC., Appellee. 

_____________________________________________________________


On appeal from the County Court at Law 


of Aransas County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Benavides


Memorandum Opinion Per Curiam


 Appellant, Sim Henry, brought an appeal from a judgment entered by the County
Court at Law of Aransas County, Texas, in cause number 2757C. Appellant has filed an
unopposed motion to dismiss the appeal. The Court, having considered the documents
on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the
motion should be granted. See Tex. R. App. P. 42.1(a). Appellant's motion to dismiss is
granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. See
id. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the
appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing
will be entertained, and our mandate will issue forthwith.

 PER CURIAM

Memorandum Opinion delivered and 

filed this the 3rd day of July, 2008.